IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD MILLER, JR. and RENEE )
MILLER, his wife, )
        Plaintiffs, )
)
  vs )      Civil Action No. 13-352
)
EME HOMER CITY GENERATION, LP, )
et al., )
        Defendants. )

O R D E R

      AND NOW, this 8th day of November, 2013, after the plaintiffs, Richard Miller, Jr. and Renee Miller, filed an action in the above-captioned case, and after a motion to dismiss was submitted by defendants Edison International, Inc., Edison Mission Group, Inc., Mission Energy Holding Co., Edison Mission Operation & Maintenance, Inc. and Edison Mission Marketing & Trading, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, upon consideration of the objections filed by the plaintiffs and the response to those objections filed by the moving defendants, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 38), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to dismiss filed by defendants Edison International, Inc., Edison Mission Group, Inc., Mission Energy Holding Co., Edison Mission Operation & Maintenance, Inc. and Edison Mission Marketing & Trading, Inc. (ECF No. 29) is granted.

s/Terrence F. McVerry
United States District Judge